# NO. 12-14-00131-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EDOM CORNER, LLC AND EARL A. BERRY, JR.,*<br>*APPELLANTS* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *IT'S THE BERRY'S, LLC D/B/A MARY ELLEN'S,*<br>*APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a notice of interlocutory appeal in this court. *See* TEX. R. APP. P. 28.3 (permitting agreed appeals in cases filed in the trial court before September 1, 2011). The trial court now has rendered a final judgment in the underlying proceeding. Therefore, the order appealed in this proceeding is no longer interlocutory. Accordingly, we ***dismiss*** this appeal as moot. *See* TEX. R. APP. P. 28.2(d).

Opinion delivered January 21, 2015.
*Panel consisted of Worthen, C.J. and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 21, 2015**

**NO. 12-14-00131-CV**

**EDOM CORNER, LLC AND EARL A. BERRY, JR.,**
Appellants
V.
**IT'S THE BERRY'S, LLC D/B/A MARY ELLEN'S,**
Appellee

Appeal from the 294th District Court

of Van Zandt County, Texas (Tr.Ct.No. 09-00138)

THIS CAUSE came on to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this agreed interlocutory appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that the appeal be **dismissed**; and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J. and Hoyle, J.*